IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONALD J. BOYER, | § | |
| | § | No. 510, 2018 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STEVEN WESLEY, *et al.*, | § | |
| | § | C.A. No. N18M-01-046 |
| Respondents Below, | § | |
| Appellees. | § | |

Submitted: October 15, 2018
Decided: October 30, 2018

## **ORDER**

It appears to the Court that, on October 2, 2018, the Senior Court Clerk issued a notice to the appellant to show cause why the appeal should not be dismissed for his failure to file his notice of appeal in a timely manner. The appellant failed to file a response within the ten-day time limit; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice